IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN A. MELIKIAN, et al. | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| SZR HAVERFORD, AL, LLC, d/b/a | : | |
| SUNRISE SENIOR LIVING OF | : | |
| HAVERFORD; | : | |
| SUNRISE HAVERFORD ASSIST | : | NO. 12-1401 |
| ED ASSISTED LIVING | : | |
| LLC, d/b/a SUNRISE SENIOR | : | |
| LIVING OF HAVERFORD; | : | |
| SUNRISE SENIOR LIVING | : | |
| MANAGEMENT, INC. d/b/a: | : | |
| SUNRISE SENIOR LIVING | : | |
| OF HAVERFORD | : | |
| | : | |
| Defendants. | : | |

**ORDER RE: MOTION FOR PARTIAL DISMISSAL OF COMPLAINT**

AND NOW, this 19th day of June, 2012, upon consideration of Defendants' Motion for Partial Dismissal of Plaintiffs' Complaint (ECF No. 2), and the supporting and opposing briefs, and for the reasons explained in the accompanying Memorandum on Partial Motion to Dismiss, it is hereby ORDERED that:

(1) Defendants' Motion to Dismiss Counts II and III is GRANTED; and

(2) Plaintiffs are GRANTED leave to amend their Complaint within twenty-one (21) days.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.