IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN A. MELIKIAN, et al. | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| SZR HAVERFORD, AL, LLC, d/b/a | : | |
| SUNRISE SENIOR LIVING OF HAVERFORD; | : | |
| SUNRISE HAVERFORD ASSIST | : | NO. 12-1401 |
| ED ASSISTED LIVING | : | |
| LLC, d/b/a SUNRISE SENIOR | : | |
| LIVING OF HAVERFORD; | : | |
| SUNRISE SENIOR LIVING | : | |
| MANAGEMENT, INC. d/b/a: | : | |
| SUNRISE SENIOR LIVING | : | |
| OF HAVERFORD | : | |
| | : | |
| Defendants. | : | |

## ORDER

And NOW, this 7th day of November, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the Defendants' Motion to Dismiss Counts II and III of the Plaintiffs' Amended Complaint is DENIED.

BY THE COURT:

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 12\12-1401 Melikian v Sunrise Haverford\order_11.07.12.wpd